# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Shantal Tolbert**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00134-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Liberian Community Association et al**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 10, 2022 Order.

June 10, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court